**Order entered November 2, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00651-CV

## IN RE JOSEPH WAYNE HUNTER, Relator

**Original Proceeding from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56295-R**

## ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DENY** relator's July 2, 2020 petition for writ of mandamus.

/s/     LANA MYERS
JUSTICE